IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Janine M. Leheny,<br>　　　Debtor(s) | Bankruptcy No. 14-21019-GLT<br>Chapter 7<br><br>Related to Document No. 43 |

## CERTIFICATE OF SERVICE OF TRUSTEE'S STATUS REPORT

　　　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on November 21, 2016.

　　　　The type(s) of service made on the parties was: First-Class Mail.

**Service by First-Class Mail:**

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

EXECUTED ON:  November 21, 2016

　　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Eric E. Bononi*
　　　　　　　　　　　　　　　　　　　　　　　　　Eric E. Bononi, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　20 N. Pennsylvania Ave, Suite 201
　　　　　　　　　　　　　　　　　　　　　　　　　Greensburg, PA  15601-2337
　　　　　　　　　　　　　　　　　　　　　　　　　bankruptcy@bononilaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　(724) 832-2499
　　　　　　　　　　　　　　　　　　　　　　　　　PA ID# 44730