IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Janine M. Leheny,<br>                Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>Movant<br><br>Janine M. Leheny,<br>Respondent(s) | Bankruptcy No. 14-21019-GLT<br><br>Chapter 7 |

**CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Eric E. Bononi, having been appointed trustee of the estate of the above named debtor, report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law, with the exception of a possible claim in a personal injury claim.  Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above named debtor(s) has been fully administered, except for administration of the claim in a personal injury claim.  I request that I be discharged from any further duties as trustee.  Pursuant to court order entered on August 15, 2014, the claim in a personal injury claim shall remain property of the bankruptcy estate upon the entry of a final decree; if money becomes available to creditors from this asset, the case will be re-opened and a trustee will be appointed to administer the asset.

DATE: <u>March 15, 2017</u>

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730